**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **IVERY HICKS**<br><br>Plaintiff,<br><br>v.<br><br>**FRIEDMAN & MACFADYEN, P.A., et al.,**<br><br>Defendants. | Civil Action No. 8:12-cv-03292-WGC |

**NOTICE OF APPEARANCE**

PLEASE take notice of J. Jonathan Schraub, of Sands Anderson PC, as lead counsel for Friedman & MacFadyen, P. A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel in the above-styled matter, along with Douglas P. Rucker, Andrew Biondi and Cullen D. Seltzer of Sands Anderson PC.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above matter to the email address: jjschraub@sandsanderson.com.

Date:   November 15, 2012            Respectfully submitted,

                                             **FRIEDMAN & MACFADYEN, P.A.,
MIRIAM S. FUCHS, JEFFREY HUSTON,
JAMES J. LOFTUS,
KENNETH J. MACFADYEN, AND
DANIEL MENCHEL**

                                             By Counsel

SANDS ANDERSON PC

     /s/ J. Jonathan Schraub
J. Jonathan Schraub
SANDS ANDERSON, PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (facsimile)
Email: jjschraub@sandsanderson.com

Douglas P. Rucker, Jr.
Andrew Biondi
Cullen D. Seltzer
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Dale W. Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W. Tabb Street
>Petersburg, Virginia  23803
>Telephone:  804-861-6000
>Facsimile:  804-861-3368
>dale@pittmanlawoffice.com
>*Counsel for Plaintiff*

>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Peterson & Levy PLC
>4010 University Drive
>Suite 200
>Fairfax, Virginia  22030
>Telephone:  703-277-9774
>Facsimile:  703-591-2149
>kkelly@smillaw.com
>*Counsel for Plaintiff*
>
>Matthew James Erausquin, Esq.
>Consumer Litigation Associates, P.C.
>1800 Diagonal Road
>Suite 600
>Alexandria, Virginia  22314
>Telephone:  703-273-6080
>Facsimile:  888-892-3512
>matt@clalegal.com
>*Counsel for Plaintiff*
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates
>763 J. Clyde Morris Boulevard
>Suite 1 A
>Newport News, Virginia  23601
>Telephone:  757-930-3660
>Facsimile:  757-930-3662
>lenbennett@cox.net
>*Counsel for Plaintiff*

       /s/ J. Jonathan Schraub
     J. Jonathan Schraub
     SANDS ANDERSON, PC
     1497 Chain Bridge Road
     Suite 202
     McLean, VA 22101
     (703) 893-3600
     (703) 893-8484 (facsimile)
     Email: jjschraub@sandsanderson.com