**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **IVERY HICKS**<br><br>    Plaintiff,<br><br>v.<br><br>**FRIEDMAN & MACFADYEN, P.A., et al.,**<br><br>    Defendants. | Civil Action No. 8:12-cv-03292-WGC |

## NOTICE OF APPEARANCE

PLEASE take notice of Mikhael D. Charnoff, of Sands Anderson PC, as counsel for Friedman & MacFadyen, P. A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel in the above-styled matter, along with J. Jonathan Schraub, Douglas P. Rucker, Andrew Biondi and Cullen D. Seltzer of Sands Anderson PC.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above matter to the email address: mcharnoff@sandsanderson.com.

Date:  November 15, 2012          Respectfully submitted,

                                  **FRIEDMAN & MACFADYEN, P.A.,
                                  MIRIAM S. FUCHS, JEFFREY HUSTON,
                                  JAMES J. LOFTUS,
                                  KENNETH J. MACFADYEN, AND
                                  DANIEL MENCHEL**

                                  By Counsel

SANDS ANDERSON PC

      /s/ Mikhael D. Charnoff
Mikhael D. Charnoff
J. Jonathan Schraub
SANDS ANDERSON, PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (facsimile)
Email: jjschraub@sandsanderson.com
Email: mcharnoff@sandsanderson.com

Douglas P. Rucker, Jr.
Andrew Biondi
Cullen D. Seltzer
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email:  drucker@sandsanderson.com
Email:  abiondi@sandsanderson.com
Email:  cseltzer@sandsanderson.com

*Counsel for Defendants*


CERTIFICATE OF SERVICE

     I hereby certify that on this 15th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

          Dale W. Pittman, Esq.
          The Law Office of Dale W. Pittman, P.C.
          112-A W. Tabb Street
          Petersburg, Virginia  23803
          Telephone:  804-861-6000
          Facsimile:  804-861-3368
          dale@pittmanlawoffice.com
          *Counsel for Plaintiff*

        Kristi Cahoon Kelly, Esq.
        Surovell Isaacs Peterson & Levy PLC
        4010 University Drive
        Suite 200
        Fairfax, Virginia  22030
        Telephone:  703-277-9774
        Facsimile:  703-591-2149
        kkelly@smillaw.com
        *Counsel for Plaintiff*

        Matthew James Erausquin, Esq.
        Consumer Litigation Associates, P.C.
        1800 Diagonal Road
        Suite 600
        Alexandria, Virginia  22314
        Telephone:  703-273-6080
        Facsimile:  888-892-3512
        matt@clalegal.com
        *Counsel for Plaintiff*

        Leonard A. Bennett, Esq.
        Consumer Litigation Associates
        763 J. Clyde Morris Boulevard
        Suite 1 A
        Newport News, Virginia  23601
        Telephone:  757-930-3660
        Facsimile:  757-930-3662
        lenbennett@cox.net
        *Counsel for Plaintiff*

                /s/ Mikhael D. Charnoff
                Mikhael D. Charnoff
                SANDS ANDERSON, PC
                1497 Chain Bridge Road
                Suite 202
                McLean, VA 22101
                (703) 893-3600
                (703) 893-8484 (facsimile)
                Email: mcharnoff@sandsanderson.com