# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

November 15, 2012

Matthew J. Erausquin
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112−A W Tabb St
Petersburg, VA 23803−3212

Kristi Cahoon Kelly
Surovell Isaacs Petersen &Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

Andrew Biondi
Sands Anderson PC
1111 E Main Street
Suite 2400
P O Box 1998
Richmond, VA 23219

Cullen Dennis Seltzer
Sands Anderson PC
1111 E Main Street
Suite 2400
P O Box 1998
Richmond, VA 23219

Douglas Pendleton Rucker , Jr.
Sands Anderson PC
1111 E Main St
Suite 2400
PO Box 1998
Richmond, VA 23218−1998

RE: Hicks v. Friedman & MacFadyen, P.A. et al.
DKC 12-cv-3292

Dear Counsel/Party:

The above-captioned case has been transferred from the United States District Court for the Eastern District of Virginia and assigned the case number above. The case: ☒ is ☐ is not subject to this Court's electronic filing requirements and procedures. The original letter mailed November 9, 2012 incorrectly stated that the case was transferred from the Eastern District of Pennsylvania. Our records show that:

☒ You are not a member in good standing of our bar. Your appearance has not been entered in this case and the Court will not send you copies of orders and other documents. Within fourteen (14) days from the date of this letter you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance. For information on how to become a member of our bar or to appear *pro hac vice*, please visit our web site at: www.mdd.uscourts.gov. If you were previously a member and have a question concerning your status, please contact our attorney admissions specialist, Catherine Scaffidi, at (410) 962-3293. Once you have been admitted, you **should** register to use CM/ECF.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

☐ You are not a registered CM/ECF user. To register, go to the Court's web site: www.mdd.uscourts.gov and fill in the on-line registration form. Information about electronic filing procedures and requirements is available on the web site. Please note that if this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. The Court does not mail paper copies of orders and other documents which are filed electronically.

Sincerely,

/s/

Felicia C. Cannon, Clerk

cc: All counsel/parties

Removal Notification Letter (05/2010)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**