**SANDS ANDERSON**

RICHMOND • MCLEAN • FREDERICKSBURG
CHRISTIANSBURG • RALEIGH
SANDS ANDERSON PC

WWW.SANDSANDERSON.COM

**Douglas P. Rucker, Jr.**
Attorney

Direct: (804) 783-7230
E-mail: DRucker@SandsAnderson.com

1111 East Main Street
Post Office Box 1998
Richmond, Virginia 23218-1998
Main: (804) 648-1636
Fax: (804) 783-7291

November 15, 2012

The Honorable William G. Connelly
Magistrate Judge
United States District Court
District of Maryland
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:  Hicks v. Friedman & MacFadyen, P.A., et al.
     USDC Civil Action No.: 8:12-cv-03292-WGC
     Our File No.: 8939/82202

Dear Judge Connelly:

In accordance with the Clerk's November 9, 2012, letter to counsel (Document 37), I am writing to advise you that the defendants will be represented by my colleagues J. Jonathan Schraub and Mikhael D. Charnoff, members in good standing of the Court's Bar. They have entered their appearance. If the Court has any questions at all, please do not hesitate to contact me or them.

Respectfully yours,

Douglas P. Rucker, Jr.

DPRJr/cea

cc:  **Via e-mail to:  jschraub@sandsanderson.com**
     J. Jonathan Schraub, Esq.
     Sands Anderson PC
     1497 Chain Bridge Road, Suite 202
     McLean, VA  22101-5728

November 15, 2012
Page 2

<u>Via e-mail to: mcharnoff@sandsanderson.com</u>
Mikhael D. Charnoff, Esq.
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA  22101-5728

Ms. Felicia C. Cannon, Clerk
United States District Court
District of Maryland
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770