## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IVERY HICKS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:12-cv-3292 |
| ) | |
| FRIEDMAN & MACFADYEN, P.A., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW the Plaintiff, by counsel and moves this Court for leave to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2). In support of her motion, she supplies the accompanying Memorandum of Law in support of her Motion and the proposed Amended Complaint.

        Respectfully submitted,
        **IVERY HICKS**

        By  /s/
            Of Counsel

J. Chapman Petersen
*Counsel for Plaintiff*
Surovell Isaacs Petersen and Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
703-251-5400
703-591-9285 (fax)
jpetersen@siplfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of February, 2013, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mikhael D. Charnoff, Esq.
J. Jonathan Schraub, Esq.
Sands Anderson PC
1497 Chain Bridge Rd Ste 202
McLean, VA 22101
703-893-3600
703-893-8484 (fax)
mcharnoff@sandsanderson.com
jschraub@sandsanderson.com
*Counsel for the Defendants*

                                        /s/
                                  J. Chapman Petersen
                                  *Counsel for Plaintiff*
                                  Surovell Isaacs Petersen and Levy PLC
                                  4010 University Dr., Suite 200
                                  Fairfax, VA 22030
                                  703-251-5400
                                  703-591-9285 (fax)
                                  jpetersen@siplfirm.com