**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **IVERY HICKS**<br><br>**Plaintiff,**<br><br>v.<br><br>**FRIEDMAN & MACFADYEN, P.A., et al.,**<br><br>**Defendants.** | **Civil Action No. 8:12-cv-03292-WGC** |

## ORDER

On this day came Defendants Friedman & MacFadyen, P. A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel ("Friedman Defendants") on the Motion to Withdraw Mikhael D. Charnoff as Counsel of Record.

Upon consideration whereof, it appearing to the Court that good cause exists for the withdrawal, it is

ADJUDGED, ORDERED and DECREED that Mikhael D. Charnoff is granted leave to withdraw as counsel for Friedman Defendants, and with entry of this Order, Mikhael D. Charnoff no longer will received notifications of filing using the CM/ECF system for this case.

Entered this ___ day of _____, 2013.

                                                                           _____
                                                                           Judge, United States District Court
                                                                           District of Maryland