## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Ivery Hicks | * | |
| **Plaintiff(s)** | * | Case No.: 8:12-CV-03292-DKC |
| **vs.** | * | |
| Friedman & MacFadyen, P.A., et al. | * | |
| **Defendant(s)** | * | |

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Chapman Petersen , am a member in good standing of the bar of this Court.

My bar number is 16694                I am moving the admission of Dale W. Pittman

to appear *pro hac vice* in this

case as counsel for Ivery Hicks                                      .

We certify that:

1.      The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.      The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| Supreme Court of Virginia, 06/08/1976 | Supreme Court of United States, Feb. 1997 |
| | 4th Cir. U.S. Court of Appeals, 09/02/1980 |
| | U.S.D.C., W.D.Va. and E.D.Va., 12/30/1976 |
| | U.S. Bankruptcy Court, E.D.Va. Nov. 1997 |

3.      During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

4.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

Printed Name

Printed Name

Firm

Firm

5.      The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| J. Chapman Petersen | Dale W. Pittman |
| Printed Name | Printed Name |
| Surovell Isaacs Petersen & Levy PLC | The Law Office of Dale W. Pittman, PC |
| Firm | Firm |
| 4010 University Dr., 2nd floor | 112-A W. Tabb Street |
| Address | Address |
| Fairfax, VA 22030 | Petersburg, VA 23803 |
| City, State, Zip Code | City, State, Zip Code |
| 703-251-5400 | 804-861-6000 |
| Telephone Number | Telephone Number |
| 703-591-9285 | 804-861-3368 |
| Fax Number | Fax Number |
| jpetersen@siplfirmcom | dale@pittmanlawoffice.com |
| Email Address | Email Address |