THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IVERY HICKS, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>FRIEDMAN & MACFADYEN, P.A., )<br>*et al.*, )<br>)<br>    Defendants. )<br>_____) | Case No. 8:12-cv-03292-WGC |

## MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT

Defendants Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully request that this Court dismiss the First Amended Class Complaint filed against them on the grounds that the First Amended Class Complaint is barred by the doctrine of *res judicata* and the statute of limitations, and fails to state a claim upon which relief may be granted.

The reasons supporting this Motion to Dismiss are more fully set forth in the attached Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Class Complaint.

0

2

Dated: March 12, 2013                Respectfully submitted,

FRIEDMAN & MACFADYEN, P.A., *et al.*

/s/ J. Jonathan Schraub
J. Jonathan Schraub (Md. Bar No. 02708)
jjschraub@sandsanderson.com
SANDS ANDERSON PC
1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 12, 2013, I served the foregoing MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT upon the following via the Court's ECF System:

    J. Chapman Petersen (Md. Bar No. 16694)
    jpetersen@siplfirm.com
    SUROVELL ISAACS PETERSEN & LEVY PLC
    4010 University Drive
    2nd Floor
    Fairfax, Virginia 22030
    Telephone: (703) 251-5400
    Facsimile: (703) 591-9285

    Dale W. Pittman (admitted *pro hac vice*)
    THE LAW OFFICE OF DALE W. PITTMAN, PC
    112-A W. Tabb Street
    Petersburg, VA 23803
    Telephone: (804) 861-6000
    Facsimile: (804) 861-3368

    *Counsel for Plaintiff Ivery Hicks*

        /s/ J. Jonathan Schraub
        J. Jonathan Schraub
        jjschraub@sandsanderson.com
        SANDS ANDERSON PC
        1497 Chain Bridge Road
        Suite 202
        McLean, Virginia 22101
        Telephone: (703) 893-3600
        Facsimile: (703) 893-8484

        *Counsel for Defendants*