THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IVERY HICKS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 8:12-cv-03292-WGC |
| | ) | |
| FRIEDMAN & MACFADYEN, P.A., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANTS' REQUEST FOR HEARING ON MOTION TO DISMISS

Pursuant to Local Rule 105(6) Defendants Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel hereby request a hearing on their contemporaneously filed MOTION TO DISMISS THE FIRST AMENDED CLASS COMPLAINT.

Dated: March 12, 2013

Respectfully submitted,

FRIEDMAN & MACFADYEN, P.A., *et al.*

/s/ J. Jonathan Schraub
J. Jonathan Schraub (Md. Bar No. 02708)
jjschraub@sandsanderson.com
SANDS ANDERSON PC
1497 Chain Bridge Road
Suite 202
McLean, VA  22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 12, 2013, I served the foregoing DEFENDANTS' REQUEST FOR HEARING ON MOTION TO DISMISS upon the following via the Court's ECF System:

     J. Chapman Petersen (Md. Bar No. 16694)
     jpetersen@siplfirm.com
     SUROVELL ISAACS PETERSEN & LEVY PLC
     4010 University Drive
     2nd Floor
     Fairfax, VA  22030
     Telephone: (703) 251-5400
     Facsimile: (703) 591-9285

     Dale W. Pittman (admitted *pro hac vice*)
     THE LAW OFFICE OF DALE W. PITTMAN, PC
     112-A W. Tabb Street
     Petersburg, VA  23803
     Telephone:  (804) 861-6000
     Facsimile:  (804) 861-3368

     *Counsel for Plaintiff Ivery Hicks*

     /s/ J. Jonathan Schraub
     J. Jonathan Schraub
     jjschraub@sandsanderson.com
     SANDS ANDERSON PC
     1497 Chain Bridge Road
     Suite 202
     McLean, Virginia 22101
     Telephone: (703) 893-3600
     Facsimile: (703) 893-8484

     *Counsel for Defendants*