**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| IVERY HICKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil No. 8:12cv3292 |
| FRIEDMAN & MACFADYEN, P.A., *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Ivery Hicks, by counsel, hereby notifies this Honorable Court that she has resolved her claims against the Defendants, Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel, and a dismissal order with respect to this matter will be tendered to the Court for its consideration shortly.

Respectfully submitted,
**IVERY HICKS**
By Counsel


____/s/ J. Chapman Petersen_____
By: J. Chapman Petersen, MD Bar No. 16694
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd floor
Fairfax, VA 22030
(703) 251-5400
(703) 591-9285 (Fax)
jpetersen@siplfirm.com

Dale W. Pittman, VSB No. 15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paige Levy Smith
J. Jonathan Schraub
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101

*Counsel for Defendants*

               /s/ J. Chapman Petersen
              By: J. Chapman Petersen, MD Bar No. 16694
              SUROVELL ISAACS PETERSEN & LEVY PLC
              4010 University Drive, 2nd floor
              Fairfax, VA 22030
              (703) 251-5400
              (703) 591-9285 (Fax)
              jpetersen@siplfirm.com