IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IVERY HICKS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil No. 8:12cv3292 |
| FRIEDMAN & MACFADYEN, P.A., *et al.* ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and moved the United States District Court for the District of Maryland, Greenbelt Division to dismiss the above-styled civil action with prejudice, as the Plaintiff has resolved her claims against the Defendants. It is hereby ORDERED that civil action 8:12cv3292 is DISMISSED with prejudice, and this matter is ENDED.

It is so ORDERED.

William Connelly
United States Magistrate Judge

Greenbelt, Maryland
Date: May 14+, 2013